**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

DAVAUN BARNETT,

        Petitioner

        v.

PENN HILLS SCHOOL DISTRICT,

        Respondent

No. 53 WM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.